IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FRANKLIN,

        Plaintiff,                No. CIV S-07-0656 RRB KJM P

    vs.

BUSH,

        Defendant.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of May 30, 2007.  Plaintiff has also requested leave to file an amended complaint and has simultaneously filed an amended complaint.  The court will screen that amended complaint when and if plaintiff submits his request to proceed in forma pauperis or pays the filing fee.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 18, 2007 request for an extension of time is granted;

        2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis;

/////

/////

1   3.  Plaintiff's June 26, 2007 request to file an amended complaint is granted, but
2 the court will not screen the amended complaint unless and until plaintiff pays the filing fee or
3 submits a completed request to proceed in forma pauperis.
4 DATED: July 2, 2007.

_____
U.S. MAGISTRATE JUDGE

10  2/mp

11  fran0656.36+