IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT FRANKLIN,**<br><br>                    Plaintiff,<br><br>        v.\<br><br>**BUTLER, et al.,**<br><br>                    Defendants. | 2:07-CV-0656 RRB KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants filed a request for an extension of time to respond to Plaintiff's request for leave to amend his complaint. Good cause appearing, Defendants are granted an additional thirty days, to and including Wednesday, February 6, 2008, to respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Granting Defendants' First Request for an Extension of Time

1