1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT FRANKLIN,

11            Plaintiff,                    No. CIV S-07-0656 RRB KJM P

12        vs.

13   BUTLER, et al.,

14            Defendants.                   ORDER

15   _____/

16         Petitioner is a state prison inmate proceeding pro se with a civil rights action

17   under 42 U.S.C. § 1983.  On February 6, 2008, defendants filed a motion to dismiss.  Plaintiff

18   filed his opposition on February 28 and defendants filed a reply on March 7, 2008.  On March 21,

19   2008, plaintiff filed an opposition to defendants' reply.  Defendants have moved to strike this

20   latter pleading.

21         When a party has raised new arguments or presented new evidence in a reply to

22   an opposition, the court may permit the other party to counter the new arguments or evidence.

23   El Pollo Loco v. Hashim, 316 F.3d 1032, 1040-41 (9th Cir. 2003).  Defendants' reply does not

24   present new arguments or new evidence; it simply counters the matters raised in the opposition.

25   /////

26   /////

1

1      IT IS THEREFORE ORDERED that defendants' motion to strike plaintiff's sur-

2  reply (docket no. 34) is granted and plaintiff's opposition to defendants' reply (docket no. 33) is

3  stricken from the record.

4  DATED:  April 1, 2008.

5  _____

6  U.S. MAGISTRATE JUDGE

7

8  2

9  fran0656.sr

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26