UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRANKLIN, | No. CIV S-07-0656 JAM KJM P |
| Plaintiff, | |
| vs. | |
| BUTLER, et al., | |
| Defendants. | ORDER |
| _____ / | |

    Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. §1983. This case will be set for a settlement conference before Magistrate Judge Kimberly J. Mueller on October 6, 2010 at 1:30 p.m. in Courtroom #26.

    A separate order and writ of habeas corpus ad testificandum will issue with this order.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. This case is set for a settlement conference before Magistrate Judge Kimberly J. Mueller on October 6, 2010, at 1:30 p.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #26.

    2. Parties shall appear with full settlement authority.

/////

/////

3. The parties are to provide confidential settlement conference statements to Sujean Park, 501 I Street, Suite 4-200, Sacramento, California 95814, or via email at spark@caed.uscourts.gov, so they arrive no later than September 30, 2010.

DATED: August 25, 2010.

_____
U.S. MAGISTRATE JUDGE