## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ROBERT FRANKLIN,

        Plaintiff,                No. CIV S-07-0656 JAM KJM P

  vs.

BUTLER, et al.,

                               **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.         **AD TESTIFICANDUM**

/

        Robert Franklin, inmate # H-96584, a necessary and material witness in proceedings in this case on October 6, 2010, is confined in California Medical Facility, 1600 California Drive, Vacaville, CA 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kimberly J. Mueller at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Wednesday, October 6, 2010 at 1:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kimberly J. Mueller; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Medical Facility, P. O. Box 2000, Vacaville, California 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Mueller at the time and place above, until completion of the settlement conference or as ordered by Judge Mueller; and thereafter return the inmate to the above institution, or other appropriate facility, at the discretion of the California Department of Corrections and Rehabilitation.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  August 25, 2010.

                                                                        U.S. MAGISTRATE JUDGE

fran0656.841