IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

     Plaintiff,                    No. CIV S-07-0656 JAM GGH (TEMP) P

    vs.

BUTLER, et al.,

     Defendants.        <u>ORDER</u>

            Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 13, 2011, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on November 7, 2001, April 22, 2009, September 23, 2009 and November 17, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 13, 2011 request (Docket No. 114) is denied.

DATED:  July 22, 2011

                                                      /s/ John A. Mendez
                                                      U. S. DISTRICT COURT JUDGE