IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

      Plaintiff,                         No. CIV S-07-0656 JAM CKD P

      vs.

BUTLER, et al.,

      Defendants.        <u>ORDER</u>

      This matter is currently scheduled for trial on November 7, 2011. Defendants have filed a request for modification of the pretrial order. Plaintiff has not objected to defendants' request. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' July 7, 2011 motion for modification of the October 28, 2010 pretrial order is granted;

/////
/////
/////
/////
/////
/////

1

2. The following names are stricken from defendants' list of witnesses:

  A. D. Johnson;

  B. J. Camacho;

  C. S. Aseel;

  D. C. Nair;

  E. G. Campion; and

  F. S. Reddy;

3. Witness Torruella will be permitted to testify as a factual witness and as an expert witness concerning causation of injuries allegedly sustained by plaintiff on January 7, 2007.

Dated: August 7, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fran0656.apto