UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

        Plaintiff,                No. CIV S-07-0656 JAM CKD P

  vs.

BUTLER, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                       /        **AD TESTIFICANDUM**

      Russell Owens, inmate # T-90857, a necessary and material witness in proceedings in this case on November 7, 2011, is confined in California Medical Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 14th Floor, Courtroom 6, United States Courthouse, 501 I Street, Sacramento, California on November 7, 2011, at 9:00 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum by fax on the Warden of California Medical Facility at 707-448-7467 and electronically on the Out-To-Court Desk, California State Prison - Sacramento.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Warden of California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California 95696-2000:

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 19, 2011

                                                       _____
                                                       CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

/kly/fran0656.841(2)