## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

        Plaintiff,        No. CIV S-07-0656 JAM CKD P

  vs.

BUTLER, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
                                    /        **AD TESTIFICANDUM**

        Terrence Brownlee, inmate # C-20389, a necessary and material witness in proceedings in this case on November 7, 2011, is confined in High Desert State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable John A. Mendez, to appear by video-conferencing at High Desert State Prison, November 7, 2011, at 9:00 a.m..

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        **3. The custodian is ordered to immediately notify the court by contacting Kristi Yin, 916-930-4049, if video-conferencing at the date and time identified above is not possible. Sanctions may be imposed for failure to comply with this order**.

        4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum by fax on both the Warden of High Desert State Prison, 530-251-5003 and the Litigation Coordinator 530-251-5031.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California 96127-0750:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 20, 2011

                                                        _____
                                                        CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE