IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FRANKLIN,

    Plaintiff,                    No. CIV S-07-0656 JAM CKD P

   vs.

BUTLER, et al.,

    Defendants.              <u>ORDER</u>

_____/

       Plaintiff has filed a motion (titled "plaintiff's request for judicial notice injunctive relief") in which he asks that the court "order (CDCR) to stop harassing [plaintiff] and withholding the plaintiff's personal property." Plaintiff's motion is denied as this case was closed on November 14, 2011. To the extent plaintiff believes his federal rights have been violated, he is free to initiate a separate federal action.

Dated: January 6, 2012

                                             _____

                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

1
frank0656.clo

1